

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Edward Jackson, et al., Appellants

No. 06-24-00077-CV  v.

Harrison Central Appraisal District, Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 19-0321T).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Shirley Johnson, pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 26, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk